(Whose First Name Is Unknown), Deceased, and Others.— Judgment affirmed, with costs. All concurred.

John W. Davin, Jr., Appellant, v. The City of Syracuse, Respondent.— Judgment affirmed, with costs. All concurred.

Bernardino Marone, Plaintiff, v. Lathrop, Shea & Henwood Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Addie E. Heath, Appellant, v. New York Safety Reserve Fund, Respondent.— Judgment affirmed, with costs. All concurred.

Alexander McAdam, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Byron J. Schmidt, an Infant, etc., Respondent, v. Niagara Electro Chemical Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Application of Daniel Friel to Lay Out a Highway in the Town of Ellicottville, and the Assessment of Damages Therefor.— Order of County Court confirmed.

In the Matter of the Estate of Sarah A. Otis, Deceased. Charles M. Otis, Appellant; Oliver B. Cadwell and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted. All concurred.

American Glass and Construction Company, Respondent, v. James J. Sheedy, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Pneumatic Signal Company, Respondent, v. Texas and Pacific Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William Leavitt, Respondent, v. Rudolph Lichtenstein, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William J. McKee, Appellant, v. William C. Hackney, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Eastman Kodak Company, Respondent, v. Maurice Gottlieb Gennert and Others, Appellants, Impleaded with Dake Drug Company.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Robson, J., who dissented.

Erwin S. Plumb, as Trustee in Bankruptcy of William J. Young, a Bankrupt, Appellant, v. Lyell Avenue Lumber Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Spring and Robson, JJ., who dissented.

The People of the State of New York, Respondent, v. Irving W. Smith and George C. Pearson, Appellants.— Judgment and order affirmed, with costs. All concurred.

Charlotte R. Otis, Appellant, v. Henry C. Schroeder and the City of Rochester, Respondents.— Decision affirmed, with costs. All concurred.

Harriet Tracy, Respondent, v. First Presbyterian Society of Rochester, Appellant.— Judgment and order affirmed, with costs. All concurred.